[No. 40675-2-I.    Division One.    August 3, 1998.]

*In the Matter of the Marriage of* BARBARA JOAN GREENHALGH, *Appellant,* and RALPH K. GREENHALGH, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-3-00305-4, Thomas J. Wynne, J., entered April 21, 1997. *Reversed* by unpublished per curiam opinion.

[No. 41032-6-I.    Division One.    August 3, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. DMITRI D. BARRETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-00599-6, Ann Schindler, J., entered July 14, 1997. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker and Cox, JJ.

[No. 41096-2-I.    Division One.    August 3, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. LUI E. SCHUSTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-8-01418-4, Faith Ireland, J., entered July 21, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41205-1-I.    Division One.    August 3, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. ABEL L. MARTINEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-00860-1, Donald D. Haley, J., entered November 25, 1996. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.